**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☑ 1ST _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Richard Traina _____ JOINT DEBTOR: _____ CASE NO.: 19-17932-EPK

SS#: xxx-xx- 5584 _____ SS#: xxx-xx- _____

## I.  NOTICES

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☑ Included | ☐ Not included |

## II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.  $919.10 _____ for months  1  to  25 ;

2.  $4,185.95 _____ for months  26  to  60 ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $6,625.00 | Total Paid: | $900.00 | Balance Due: | $5,725.00 |
| Payable | $207.03 | /month (Months 1 to 25 ) | | | |
| Payable | $549.16 | /month (Months 26 to 26 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 Base Legal Fee; $2,600.00 to file MMM motion; $525.00 Motion to Modify

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.  TREATMENT OF SECURED CLAIMS   ☐ NONE

**A.  SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1.  Creditor: U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust

| | | | |
|---|---|---|---|
| Address: c/o SN Servicing Corporation 323 Fifth Street Eureka, CA 95501 | Arrearage/ Payoff on Petition Date | $45,800.84 | |
| | MMM Adequate Protection | $649.57 | /month (Months 1 to 25 ) |
| | Regular Payment (Maintain) | $2,247.43 | /month (Months 26 to 60 ) |
| | Arrears Payment (Cure) | $775.13 | /month (Months 26 to 26 ) |

Debtor(s): Richard Traina                                                    Case number: 19-17932-EPK

| Last 4 Digits of | | Arrears Payment (Cure) | $1,324.29 | /month (Months 27 to 60 ) |
|---|---|---|---|---|
| Account No.: | 5185 | Post petition fees, expenses, charges | $40.00 | /month (Months 26 to 60 ) |

Other: _____

☑ Real Property                              Check one below for Real Property:

   ☑ Principal Residence                     ☑ Escrow is included in the regular payments

   ☐ Other Real Property                     ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:

20036 Back Nine Drive Boca Raton, FL 33498

☐ Personal Property/Vehicle

Description of Collateral:

**B.  VALUATION OF COLLATERAL:** ☑ NONE

**C.  LIEN AVOIDANCE** ☑ NONE

**D.  SURRENDER OF COLLATERAL:** ☑ NONE

**E.  DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☑ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Boca Greens HOA Inc | 0036 | 20036 Back Nine Drive Boca Raton, FL 33498 |
| 2. | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto | 9676 | 2012 Jeep Grand Cherokee |

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

**A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

**B.  INTERNAL REVENUE SERVICE:** ☑ NONE

**C.  DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

**D.  OTHER:** ☑ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

**A.** Pay   $193.69   /month (Months 26 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☑ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ☑ NONE

**VI.  STUDENT LOAN PROGRAM** ☑ NONE

**VII.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☑ NONE

**VIII.  INCOME TAX RETURNS AND REFUNDS:** ☑ NONE

**IX.  NON-STANDARD PLAN PROVISIONS** ☐ NONE

☑ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

In the event the debtor recovers any non-exempt proceeds from their pending lawsuit, those proceeds will be turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is

Debtor(s): Richard Traina                    Case number: 19-17932-EPK

provided for in the plan up to 100% of allowed unsecured claims.

☐    Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| _____ Debtor | _____ Date |
| Richard Traina | |

| | |
|---|---|
| _____ Joint Debtor | _____ Date |

/s/Christian J. Olson, Esq.          July 27, 2021
_____          _____
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

LF-31 (rev. 06/04/21)