UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

                                              Chapter 13

RICHARD TRAINA,                  Case No.: 19-17932-EPK

     Debtor.
_____/

## SECURED CREDITOR'S MOTION TO DISMISS

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES IV TRUST (the "Secured Creditor"), its successors and/or assigns, as a secured creditor, seeks an order dismissing this pending Bankruptcy case, and in support thereof, states as follows:

1. On June 14, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. On July 17, 2019, Secured Creditor filed Proof of Claim Number 1, evidencing its secured claim secured by the Debtor's real property located at 20036 Backnine Drive, Boca Raton, FL 33498.

3. Debtor's confirmed Chapter 13 Plan provides for payment of the pre-petition arrearage and post petition obligations due to Secured Creditor based on the filed Proof of Claim.

4. It has come to Secured Creditor's attention that the Debtor died on January 26, 2021, however, no notice has been filed with the court advising of this death. As the Debtor is no longer living, the pending Bankruptcy case can no longer remain active. A true and correct copy of the Official Death Certificate is attached hereto as Exhibit A.

WHEREFORE, for all the foregoing reasons, Secured Creditor respectfully requests entry of an order granting its Motion to Dismiss, due to the death of the Debtor, and for such other and further relief as this Court deems just.

        Respectfully submitted,
        HOWARD LAW GROUP

        /s/ Matthew Klein
        MATTHEW KLEIN
        FLORIDA BAR#: 73529
        4755 Technology Way, Suite 104
        Boca Raton, FL 33431
        Telephone: 954-893-7874
        Fax: 888-235-0017
        Email: matthew@howardlawfl.com

**I HEREBY CERTIFY** that on August __, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Mitchell J. Nowack, Esq., 8551 Sunrise Blvd #208, Plantation, FL 33322

Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355

Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130,

And a copy was mailed via US Mail to:

Richard Traina, 20036 Back Nine Drive, Boca Raton, FL 33498

        /s/ Matthew Klein

## STATE OF FLORIDA
### BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021017921  
**DATE ISSUED:** FEBRUARY 1, 2021  
**DATE FILED:** JANUARY 29, 2021

### DECEDENT INFORMATION
**NAME:** RICHARD TRAINA

**DATE OF DEATH:** JANUARY 26, 2021  **SEX:** MALE  **SSN:** [redacted]  **AGE:** 069 YEARS  
**DATE OF BIRTH:** JULY 22, 1951  **BIRTHPLACE:** BROOKLYN, NEW YORK, UNITED STATES  
**PLACE OF DEATH:** DECEDENT'S HOME  
**FACILITY NAME OR STREET ADDRESS:** 20036 BACK NINE DRIVE  
**LOCATION OF DEATH:** BOCA RATON, PALM BEACH COUNTY, 33498  
**RESIDENCE:** 20036 BACK NINE DRIVE, BOCA RATON, FLORIDA 33498, UNITED STATES  **COUNTY:** PALM BEACH  
**OCCUPATION, INDUSTRY:** MANAGEMENT, NYC TRANSIT AUTHORITY  
**EDUCATION:** SOME COLLEGE CREDIT, BUT NO DEGREE  **EVER IN U.S. ARMED FORCES?** NO  
**HISPANIC OR HAITIAN ORIGIN?** NO, NOT OF HISPANIC/HAITIAN ORIGIN  
**RACE:** WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)  
**MARITAL STATUS:** DIVORCED  
**SURVIVING SPOUSE NAME:** NONE

**FATHER'S/PARENT'S NAME:** ANGELO TRAINA  
**MOTHER'S/PARENT'S NAME:** MARY CONSORTI

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
**INFORMANT'S NAME:** SUSAN TRAINA  
**RELATIONSHIP TO DECEDENT:** SISTER  
**INFORMANT'S ADDRESS:** 308 STRATFORD DRIVE, LAWRENCEVILLE, NEW JERSEY 08648, UNITED STATES  
**FUNERAL DIRECTOR/LICENSE NUMBER:** GARY R PANOCH, F044951  
**FUNERAL FACILITY:** GARY PANOCH FUNERAL HOME F040155  
6140 N FED HWY, BOCA RATON, FLORIDA 33487  
**METHOD OF DISPOSITION:** REMOVAL FROM STATE  
**PLACE OF DISPOSITION:** ST JOHNS CATHOLIC CEMETERY  
QUEENS, NEW YORK

### CERTIFIER INFORMATION
**TYPE OF CERTIFIER:** CERTIFYING PHYSICIAN  **MEDICAL EXAMINER CASE NUMBER:** NOT APPLICABLE  
**TIME OF DEATH (24 HOUR):** 1428  **DATE CERTIFIED:** JANUARY 27, 2021  
**CERTIFIER'S NAME:** GJORGJI TRNOVSKI  
**CERTIFIER'S LICENSE NUMBER:** ME102880  
**NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):** NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
**MANNER OF DEATH:** NATURAL  
**CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH**  
a. CARDIAC ARREST

b. ADDISON'S DISEASE, HEART FAILURE

c. LEG EDEMA, ADRENAL INSUFFICIENCY

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

**AUTOPSY PERFORMED?** NO  **AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?**  
**DATE OF SURGERY:**  **DID TOBACCO USE CONTRIBUTE TO DEATH?** UNKNOWN  
**REASON FOR SURGERY:**  
**PREGNANCY INFORMATION:** NOT APPLICABLE  
**DATE OF INJURY:** NOT APPLICABLE  **TIME OF INJURY (24 HOUR):**  **INJURY AT WORK?**  
**LOCATION OF INJURY:**  
**DESCRIBE HOW INJURY OCCURRED:**

**PLACE OF INJURY:**  
**IF TRANSPORTATION INJURY, STATUS OF DECEDENT:**  **TYPE OF VEHICLE:**

*(signature)* , STATE REGISTRAR

REQ: 2022339369

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)  
CERTIFICATION OF VITAL RECORD  

*58384371*

# EXHIBIT A